[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Cheryl R. McGee )
_____ )
_____ )
_____ )
_____ )      CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
                                      )    **23-cv-16413**
                v.                    )    **Judge Shah**
InVentus Power )    **Magistrate Judge Cole**
_____ )    **Random/CAT 2**
_____ )
_____ )      **RECEIVED**
(Name of the defendant or defendants) )
                                           DEC - 1 2023

                                      THOMAS G. BRUTON
## COMPLAINT OF EMPLOYMENT DISCRIMINATION    CLERK, U.S. DISTRICT COURT

1. This is an action for employment discrimination.

2. The plaintiff is _Cheryl R. McGee_ of the

county of _Cook_ in the state of _Illinois_ .

3. The defendant is _InVentus Power_ , whose

street address is _1200 International Parkway_ ,

(city) _Woodridge_ (county) _DuPage_ (state) _Illinois_ (ZIP) _60517_

(Defendant's telephone number) _(630)_ – _410 – 7931_

4. The plaintiff sought employment or was employed by the defendant at (street address)

_1200 International Parkway_ (city) _Woodridge_

(county) _DuPage_ (state) _IL_ (ZIP code) _60517_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month)___10+ 2019___, (day)___1-7-21___, (year)_____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff  [*check
one box*]  ☐ has not  filed a charge or charges against the defendant
☐ has
asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

(i) ☑ the United States Equal Employment Opportunity Commission, on or about

(month)_____ (day)_____ (year)_____.

(ii) ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☑ YES.  ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received.  The

plaintiff has no reason  to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐     Yes (month)_____ (day)_____ (year) _____

☐     No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)     Attached is a copy of the

    (i)   Complaint of Employment Discrimination,

      ☐ YES     ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

      ☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐     the United States Equal Employment Opportunity Commission has not issued

      a *Notice of Right to Sue.*

    (b) ☑     the United States Equal Employment Opportunity Commission has issued a

      *Notice of Right to Sue*, which was received by the plaintiff on

      (month)___9_____ (day) _13__ (year) _2023_ a copy of which

      *Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

    (a) ☐   Age (Age Discrimination Employment Act).

    (b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant caused Severe Emotional Distress from Harrasement and *Plaintiff* has been deemed disabled by U.S. Government.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

emails, medical Records, Application to company for disability to HR

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): to pay loss wages, Emotional Distress Damages

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

Cheryl R. McGee

(Plaintiff's name)

Cheryl McGee

(Plaintiff's street address)

12149 S. Eggleston

_____

(City) Chicago (State) IL (ZIP) 60628

(Plaintiff's telephone number) (708) – 336-0150

Date: 11-21-23

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2021-05179 |

| ILLINOIS DEPARTMENT OF HUMAN RIGHTS | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MRS. CHERYL R MCGEE** | **708-336-0150** | **1961** |

| Street Address | City, State and ZIP Code |
|---|---|
| **12149 S. EGGLESTON, CHICAGO,IL 60628** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **INVENTUS POWER** | **101 - 200** | **(331) 625-5209** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1200 INTERNATIONAL PARKWAY, WOODRIDGE, IL 60517** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

**10-18-2021**   **10-18-2021**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I was hired by Respondent in or around August of 2017. My job title is Team Lead. During my employment, I have been subjected to different terms and conditions of employment than non-Black coworkers, including, but not limited to, not being awarded bonuses based on performance, being denied personnel in my department when production needs require more personnel, and being required to submit reports to my supervisor. I am also paid less than non-Black Team Leads.**

**I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Cheryl R Mcgee on 10-31-2021 07:41 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Diego Local Office**
555 West Beech Street, Suite 504
San Diego, CA 92101
(619) 900-1616
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/07/2023

**To:** Mrs. Cheryl R. Mcgee
12149 S. Eggleston
CHICAGO, IL 60628
Charge No: 440-2021-05179

EEOC Representative and email:   OSCAR GONZALEZ
Investigator
oscar.gonzalez@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2021-05179.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
09/07/2023

Christine Park-Gonzalez
District Director